[No. 55928-1-I.   Division One.   May 8, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. CARLOS BERNARD
WILDER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 04-1-13377-3, Palmer Robinson, J., entered
March 21, 2005. *Affirmed in part* and *remanded* by unpub-
lished per curiam opinion.

[No. 56140-5-I.   Division One.   May 8, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. D.J., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 05-8-00210-9, Suzanne M. Barnett, J., entered
May 3, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56221-5-I.   Division One.   May 8, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. AARON PATRICK
WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 04-1-10389-1, Michael Hayden, J., entered
June 2, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 56229-1-I.   Division One.   May 8, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MARCUS WILSON,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 04-1-01413-8, Sharon S. Armstrong, J., entered
May 16, 2005. *Reversed* by unpublished per curiam opinion.